APPELLANT THOMAS OLIVER APPEARING PRO SE ABRAHAM FEUERSTEIN APPEARING FOR APPELEY Mr. Oliver, we need to have your video turned on, please. And you're muted as well. There. I can see you now. Thank you. Can you hear me? I can hear you. Can you hear me? Okay, Mr. Oliver, can you hear me? Yes, I can hear you. Okay, very good. All right, you have 15 minutes total. Would you like to save some of that time for after Mr. Feuerstein speaks? So, yeah, I'll probably be yielding back about three minutes. I ask that questions be held to the end, and I will have one question at the very end of my response to what he says. Okay, well, we will ask questions when they occur to us, if they occur to us, because we sometimes don't remember questions until the end, but we'll try to let you maintain your flow. So please go ahead. All of this has to be said, that's why. So, yeah, I will begin. All right, so a short introduction. Does everyone have their seatbelts on? This is going to be a wild ride. I don't think it's a secret anymore, so I'll lay out some credentials. When I send one email to the Department of Justice, which I will refer to as DOI today, it gets read hundreds of times across the nation. I've been before at least 75 judges in my life and recounted times on one hand that they followed the rules and law. Most are corrupt, many are criminals, and some belong in prison. I am the leading expert on the U.S. legal system, which sadly has become the world's largest crime syndicate, which I will refer to as syndicate today. I have a total of five, and I sponsored two children in foreign countries before this financial crisis. I always try to help those in need. I have three jobs, tutoring, managing two condos, and full-time crime fighter, the last of which I actually have to pay to do. The income I derive from one condo has stopped because it has been stolen, and I've gone well into poverty and close to extreme poverty. I've tutored two students since the beginning of the pandemic. I am supremely nice until someone or something tries to jam injustice down my throat, which the syndicate does pretty much all the time. I will not stand for crime, corruption, or injustice directed at anyone. People are getting pissed in this country. Everyone inside, everyone outside the system, everyone outside the system, everyone outside government doesn't like crime and corruption inside government. With respect to crime and corruption, the levels of both in this case are off the scale. What I'm about to discuss is another classic example of the illustrious syndicate putting out the fire with gasoline. I will show, and as I've shown in my filings, that the syndicate knows it can't beat me fair and square. So it has to resort to lying, cheating, and committing crimes to do so. The evidence is unequivocal and overflowing. This is a case like so many others where the righteous get punished and lawbreakers get rewarded. This is a case where the syndicate is telling me that up means down and no means yes. People don't go to court to have their rights violated, to have crimes committed against them, and to have property or income stolen from them and given to the rich, the exact reverse of Robin Hood. Instead, they go to court to be made whole. I'm sure you're all experienced judges and have seen some pretty incredible things. Well, I assure you, this case takes the cake. This is the second most ridiculous case in history, only being eclipsed by one that happened nearly 2,000 years ago. This case is remarkably similar to that one. The man who was falsely accused then of wrongdoing was also accused by criminals. Then, evidence was ignored, lies were numerous, and injustice was served, just as now. A little back, this all started in the People's Republic of Massachusetts. When a company, when a business refused to pay me $4,300 for work I did, I sued and was awarded a default judgment because the defendant, through an attorney criminal named Joseph Michaud, took no legal action for nine years. Instead, he violated rules of procedure, civil and criminal laws, and the Constitution, exactly like the criminals for the DOI have done here. Instead of prosecuting him and imprisoning him as he should have been, the syndicate in that corrupt state said, no, no, no, there's no fraud, no corruption. Then shortly thereafter, they appointed him judge, and that particular law magically changed so that he could no longer be prosecuted for violating it. The syndicate has constantly said, no, you're wrong, and ruled against me, and has gone behind the scenes afterwards and changed the rules and laws at least three times now, thinking I won't find out. That's just part of the story. Wait, it gets better or worse depending on your point of view. So, the bankruptcy and the adversary case. Not only are all the people opposing me enigmatic criminals, but they are also hypocrites. During one of the telephonic hearings, I told Judge Adler that I would be going after any rental properties that she owns, if she has any, like her friends at the DOI in Hawaii have. I told her I would be doing this by posting reviews online telling everyone what kind of person she was to alert any potential rentals. I told her I would change the SEO so that my reviews would prop the search results. She told me not to threaten her. I assured her it was a promise. Not long afterward, I found that she did own rental properties. The address is 666 Euclid Street. You can't make this stuff up. I noticed they were for sale. Anyone care to guess what day they went on the market? The day after I told her what I was going to do. So, the hypocrite moved her properties out of harm's way, which is exactly what I've been falsely accused of doing. I sued the criminals for damages in state courts, specifically to avoid the corruption so prevalent in the federal courts. They removed it. And, of course, now I get free attorney representation. Well, not free. It gets billed to taxpayers. But it's the very thing the hypocrites illegally denied me in the adversary case for my bankers. I've been forced to file complaints with the California Bar and Judicial Oversight Board and to file weekly complaints with senators and the Federal Bureau of Iniquity. I've been forced to file daily complaints with the Office of Professional Responsibility and the OIG. I've been forced to write not one, but two books. The second of which has all the criminals in it. I've been forced to spend well over 1,000 hours on this bankruptcy alone and over 10,000 hours on this case since its true inception in 2002. An important new point must be made. Less than three months after the DOI filed its bogus complaint, I was forced to sue an attorney named Nelson Brinkerhoff in Small Plains Court because I hired him to attend a meeting in Rhode Island, which, after he made some phone calls, he declined to do, but decided to steal my money I paid him. He assured me I have no chance of winning this case, and should just pay the fraudulent debt. Why in the world would he make such an insane statement if he didn't know the outcome was predetermined? See? I told you it would get better. Or worse, depending on your point of view. All I ask when I go into any court is that the rules are followed. That's all I ask. If I could go on, I could have been on food stamps for the last several years, but I haven't until just days ago. I could also be on housing assistance and unemployment. This brings me to my next point. The government basically hands me a crutch and says, see, if it weren't for us, you wouldn't be able to walk. Well, yes, I would if you hadn't broken my leg. Some other points. I only fight in court when I'm right. I can prove 100% of everything that I fought for. The DOI will not be able to do the same, not even close. Keep in mind that the crimes that have been committed are deliberate, not accidental. Involuntary manslaughter is accidental. Murder isn't. That's why the penalty is much more severe for intentional wrongs, because it should be here. All I'm asking is that you do me the favor of actually following the law and discharging the fraudulent debt. They know they've done wrong and committed crimes. They've wasted time and tax dollars. So I'm asking for this nonsense to end, for the adversary case to be dismissed, and for heavy sanctions to be imposed. Rules from the bankruptcy court went against me more than 22 consecutive times whenever I was opposed. Odds of this purely happening by chance and without bias or external influence are 1 in more than 4 million, or less than 0.00002%. All told, since the true beginning of the case, the syndicate has ruled against me 53 consecutive times whenever I've been opposed. Odds now become 1 in more than 9 quadrillion. The chance of hitting Powerball is 30 million times greater, since the odds of winning that particular lottery are 1 in only 1 in 292 million. And I'm supposed to buy all this, that the syndicate is following its own rules and laws and the Constitution instead of using it as a doormat. I've been wrongly denied a jury trial, not once, but twice, because the last thing syndicate members want is me in front of a jury because they know that they'll get absolutely destroyed. Innumerable courts nationwide have correctly ruled that when a litigant has acted in bad faith, nowhere near as egregious as the plaintiff has here. Her case gets dismissed with prejudice. She doesn't get rewarded. I'm sure you all know there are mountains of cases that have gotten dismissed when fraud has been involved, so for brevity I will not recite them. Now I'm going to enumerate several lies in the tentative ruling dated March 30, 2021, a ruling that is absolutely peppered with lies. The ruling says, I only requested an accounting of dates, times, and lengths of calls made to and received from those parties. That's a lie. It says I altered evidence to make it appear that I offered deposition times beginning at 10 a.m. That's another lie. It says I failed to respond in full to discovery requests. Another lie. It says that I stated I was only available from 7 p.m. to 10 p.m. for a deposition. Another lie. It says that I did not communicate or fail to explain the failure to appear for deposition. Another lie. It says that the DOI already turned over the transcripts from the 341 meeting. Another lie. It says that I waited about three months to file a motion and nearly two months after the discovery deadline. That's two more lies. It says that section 1951E1 is not relevant here as it relates only to prisoners. That was meant to be section 1915. Regardless, it's another lie. The tentative ruling is not only replete with lies, but since it's an official record, whoever is responsible has violated 18 U.S. Code 1519, the federal criminal law. I'd like to point out something else in the same ruling that irritates the hell out of it. It says that I rehashed arguments I previously raised and lost. I didn't lose anything. There's a big difference between having $100,000 taken from a safe that someone cracks inside your house after defeating all the security systems on the property. There's a big difference between that and walking along the beach wearing tattered jeans with holes in the pockets that a wallet falls out of and drops to the ground unnoticed that someone finds and doesn't return. That's loss. The first example is theft and is illegal. There should be zero lies in any court ruling, and there are nine and just one.  I've counted 38 unique lies thus far. Time constraints prevent me from verbalizing all of them. Regarding them being in the court record, I write about this in my new book. Quite often, whatever is written in the record in no way reflects what actually happened in a particular case. Now, violations by the criminals include, but are not limited to, four rules of procedure, two constitutional rights, 18 U.S. Code, sections 4, 152, 241, 1001, 1018, 1341, 1349, 1519, 1621, 1623, and 3057. Mind you, these are all part of the criminal code. Eighteen crimes that I've counted in all. Between the violations and lies, there are over 50 offenses. This number neglects violations of judicial canons, state, civil, and criminal laws, and multiple instances of all the offenses. The grand total could be significantly higher, and somehow, the syndicate wants me to believe that this all comports with due process. Now you know why I'm beyond furious. I yield back my three minutes for closing comments and to respond to questions and the nonsense and lies that the criminals who belong in prison right now are about to spew. Thank you. Okay. Mr. Feuerstein, go ahead, please. I'm sorry, you're muted. Thank you, Your Honor, and good morning. It may have pleased the court. Abram Feuerstein for the United States Trustee. Your Honors, the U.S. Trustee will submit on the briefs. There has been no abuse of discretion by the trial court. Okay. Any questions from the panel for the U.S. Trustee? No. Okay, very good. Thank you. All right, Mr. Oliver, back to you. You've got, I think, a little over three minutes. Yes, three minutes and six seconds, so please go ahead. I'm sorry, you're muted now, too. Can you hear me? Yes. Go ahead, please. All right. So even if the DOI had any merit whatsoever with this case, it doesn't matter. It could have blown up the entire universe, and it doesn't matter because of the sheer magnitude of the nefarious activity. Their complaint must be dismissed, as all the courts across the nation, except the bankruptcy court, have ruled. And if what they say is true, then why doesn't the real evidence show it? Why haven't I been prosecuted? Why haven't I been sued? Because of my second book or my website. The answer is that they know they are lying. They know what they did is wrong and criminal, and they know that I will destroy them like I just did and also will in front of a jury where there's no more hiding, where the truth will be revealed. They don't want a jury trial. In the same way, they filed a motion to block this oral argument. They want to keep hiding behind lies and evil instead of standing in front of truth and justice, all while trying to help another set of criminals on the East Coast who also belong in prison. The only reason the criminals are not being prosecuted is that they are on the right team. The syndicate refuses to police itself. Now, I gave members of the Department of Injustice several chances to do the right thing. I told them what would happen, that my book would be published. They refused. All this so that I can destroy my credit to stop another group of criminals on the East Coast. You're left now with a no-win conundrum. If you rule in favor of your friends, the way at least one of you probably wants to do because you made it into my second book, then I will be further supported by the taxpayers, which will not go over well once they learn of this. They also won't be happy when they learn that the syndicate is wasting millions of their dollars fighting me. If you rule according to law, like you're supposed to do, then you will essentially be admitting to crime and corruption. Either way, unpleasant things befall the syndicate. But keep in mind, you would not be in this position today if the DOI had not filed a baseless complaint or if the fraudulent judgment had not been entered in Massachusetts in the first place. Let me tell you that hundreds in my network are watching right now and thousands more across the nation will watch later. I didn't ask for any of this. I lost 80% of my income due to the syndicate in that state, putting me on the cusp of poverty. And now it's trying to take 50% of what's left and push me well into extreme poverty. I don't need the crutch. I need you not to break my leg. In a nutshell, the criminals have broken every law to steal from someone who is poor and give it to their rich criminal friends and put the taxpayers on the hook for it. I wouldn't be surprised if they're getting kickbacks. Satan himself couldn't come up with something as devious. I would be surprised if mobs with pitchforks and torches are on the side of your homes later. My final comment, all I can say is that my goal is to see justice just once, one time. My goal is not to make it into the Supreme Court, but I will go there if forced. I've been fighting the syndicate for 20 years, and I will fight it for another 20 if I have to. And I do have one question, and that question is, when will the ruling be entered? The reason I ask is that if things continue on their present course, I will be forced to fight the syndicate on the East Coast in mid-June because a hearing was scheduled for that time, way back when the DOI first filed the fraudulent complaint. So I need to be notified of the decision not two months from now or two weeks from now, but something like two days from now. Does anyone have any input on that? Well, I can't promise you when a decision will be entered. It'll be entered as soon as it's done. We're pretty prompt about things. I certainly can't promise you it'll happen within a couple of days. I can't promise you anything, but... All right, all right, but like I said, I scheduled this hearing. This hearing was scheduled, like, 12 months ago. It's already been a long, long battle, 20-year battle. I really don't want to be here today, but like I said, the hearing is the 15th of June, so I need to know before then, if possible. Okay, thank you. I understand your time is up, so thank you to both sides for your argument. The matter is submitted. Thank you.
judges: Faris, Brand, Spraker